# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dees, Jr., Harry C. | UNITED STATES BANKRUPTCY COURT | 4/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

ROBERT K. RODIBAUGH UNITED STATES BANKRUPTCY COURTHOUSE
401 SOUTH MICHIGAN STREET
SOUTH BEND, INDIANA 46601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dees, Jr., Harry C. | 4/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 (1830) | | None | | | | | | | |
| 2. ABBOTT LABS | A | Dividend | K | T | | | | | |
| 3. ABBVIE INC | B | Dividend | K | T | | | | | |
| 4. ALTRIA GROUP INC | A | Dividend | J | T | Sold (part) | 04/25/19 | J | B | |
| 5. APPLE INC. | A | Dividend | K | T | | | | | |
| 6. AT&T CORP NEW | A | Dividend | J | T | | | | | |
| 7. BARREN COUNTY BOARD OF EDUC 2.50 DUE 090127 | B | Interest | L | T | | | | | |
| 8. BATESVILLE IN SCH BLDG CORP 2.00 DUE 071526 | A | Interest | L | T | Buy | 05/15/19 | K | | |
| 9. BAXTER INTL | A | Dividend | J | T | | | | | |
| 10. CMS ENERGY CORP | A | Dividend | K | T | | | | | |
| 11. CHEVRON CORP | A | Dividend | K | T | | | | | |
| 12. CISCO SYSTEMS INC | A | Dividend | K | T | | | | | |
| 13. CLARKSVILLE IN PARK DIST TAX .25 DUE 011527/23 | B | Interest | L | T | | | | | |
| 14. COMCAST CORP | A | Dividend | J | T | Buy | 04/25/19 | J | | |
| 15. DOLLAR GENERAL CORP | A | Dividend | K | T | Sold (part) | 04/25/19 | J | B | |
| 16. DRIEHAUS EMERG MKTS GRW-INST | A | Dividend | L | T | | | | | |
| 17. DYER IN REDEV LEASE SINK 2.15 DUE 071522 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  ECOLAB INC | A | Dividend | K | T | | | | | |
| 19.  ELKHART IN CMNTRY SCH BLDG 3.00 DUE 071523/23 | B | Interest | L | T | | | | | |
| 20.  EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 21.  FIRST FINANCIAL DEPOSIT ACCOUNT | C | Interest | L | T | | | | | |
| 22.  FIRST FINANCIAL CORP | B | Dividend | K | T | | | | | |
| 23.  FLAT ROCK MI LTD TAX CAP 3.00 DUE 100125/24 | B | Interest | L | T | | | | | |
| 24.  GARY COMMUNITY SCHOOL CORP 2.00 DUE 071524 | | None | L | T | Buy | 07/08/19 | L | | |
| 25.  GARY IN CMNTY SCH BLDG CORP 3.30 DUE 071524/22 | B | Dividend | L | T | | | | | |
| 26.  GENERAL DYNAMICS CORP | A | Dividend | K | T | | | | | |
| 27.  GENERAL ELECTRIC | A | Dividend | | | Sold | 04/25/19 | J | A | |
| 28.  GENERAL MILLS INC | A | Dividend | J | T | Sold (part) | 04/25/19 | J | A | |
| 29.  GIBRALTAR SCHOOL DISTRT MI 2.0 DUE 050122 | A | Interest | L | T | | | | | |
| 30.  GOLDMAN SACH EQUITY INSIGHT FD | | None | | | Sold | 04/25/19 | L | A | |
| 31.  GOLDMAN SACHS SM CAP INSIGHTS INST FUND | B | Dividend | K | T | Buy | 04/25/19 | K | | |
| 32.  GREENE CNTY IN REDEV AUTH 2.00 DUE 020122 | B | Interest | L | T | | | | | |
| 33.  HAMILTON CNTY IN RED AUTH 3.55 DUE 080121/21 | B | Interest | K | T | | | | | |
| 34.  HANOVER MULTI-SCH BUILD 2.5 DUE 071523/23 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. INDIANA ST FIN AUTH HOSP REV 3.25 DUE 030126 | B | Interest | L | T | | | | | |
| 36. INDIANA ST FI DUKE ENGY SER A2 3.375 DUE 030119 | A | Interest | | | Matured | 03/01/19 | K | B | |
| 37. IN ST DEPAUW UNIV B 4.50 DUE 070120/19 | C | Interest | | | Matured | 08/16/19 | K | A | |
| 38. INDIANA HOUSING & COMM 2.950 DUE 070128 | B | Interest | L | T | | | | | |
| 39. INDIANA ST FIN HANOVER CLG 3.00 DUE 050122 | B | Interest | L | T | | | | | |
| 40. INDIANA ST FIN AUTH REV 3.25 DUE 090124/22 | B | Interest | L | T | | | | | |
| 41. INDIANA ST FIN AUTH EITELJORG 3.00 DUE 020124 | B | Interest | L | T | | | | | |
| 42. IN ST UNIV REV HSG DIN SER A 4.00 DUE 040119 | A | Interest | | | Matured | 04/01/19 | K | A | |
| 43. INTEL CORP | A | Dividend | K | T | | | | | |
| 44. INTERNTL BUSINESS MACHINES | A | Dividend | J | T | | | | | |
| 45. JANUS HNDRSN GLOBAL REIT | A | Dividend | K | T | | | | | |
| 46. JEFFERSONVILLE IN REDEV CMM 3.00 DUE 071523 | B | Interest | L | T | | | | | |
| 47. JEFFERSONVILLE IN REDEV CMM 2.375 DUE 071522/21 | B | Interest | L | T | | | | | |
| 48. JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 49. KENTON CNTY KY SCH DIST 2.50 DUE 020122 | A | Interest | K | T | | | | | |
| 50. KENTUCKY ST INTER SCH 2.00 DUE 051522 | A | Interest | L | T | | | | | |
| 51. KENTUCKY ST INTER SCH 2.50 DUE 030125/20 | B | Interest | L | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LAKE STATION 2008 BLDG 3.00 DUE 071526 | C | Interest | M | T | | | | | |
| 53. LOGAN CNTY KY SCH DIST FIN 2.00 DUE 090127/26 | A | Interest | K | T | | | | | |
| 54. LOWES COMPANIES INC | A | Dividend | K | T | Sold (part) | 04/25/19 | J | D | |
| 55. MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 56. MERCK & CO INC | A | Dividend | K | T | | | | | |
| 57. METLIFE INC | A | Dividend | K | T | | | | | |
| 58. MICROCHIP TECH INC | A | Dividend | J | T | | | | | |
| 59. MICROSOFT CORP | B | Dividend | L | T | Sold (part) | 04/25/19 | J | D | |
| 60. MSD OF SW ALLEN CNTY 2.0 DUE 071521 | | None | L | T | Buy | 04/29/19 | L | | |
| 61. NESTRN IL UNIV COPS CAP IMP 3.00 DUE 070123 | B | Interest | L | T | | | | | |
| 62. NEXTERA ENERGY INC | A | Dividend | K | T | | | | | |
| 63. NIKE INC CL B | A | Dividend | K | T | Sold (part) | 04/25/19 | J | D | |
| 64. OWEN CNTY IN PUB LIB 2.125 DUE 071523/22 | B | Interest | L | T | | | | | |
| 65. PHILLIP MORRIS INTL | A | Dividend | J | T | Sold (part) | 04/25/19 | J | A | |
| 66. PLAINFIELD IN REDEV AUTH 3.00 DUE 080126/23 | B | Interest | K | T | | | | | |
| 67. COUNTY OF PORTER IN 3.00 DUE 011530 | C | Interest | L | T | | | | | |
| 68. PRINCIPAL MIDCAP GROWTH | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. PROCTOR & GAMBLE | A | Dividend | K | T | Sold<br>(part) | 04/25/19 | J | C | |
| 70. SAINT JOSEPH CNTY IN ECON 4.00 DUE 040123/20 | B | Interest | L | T | | | | | |
| 71. SIMON PPTY GRP INC NEW | A | Dividend | J | T | | | | | |
| 72. SMUCKER JM CO | A | Dividend | K | T | | | | | |
| 73. SO BEND REVELOPMENT 2.50 DUE 050121 | B | Interest | L | T | | | | | |
| 74. SOUTH EAST IN SCH BLDG CORP 2.00 DUE 071525 | B | Interest | M | T | | | | | |
| 75. STARBUCKS CORP | A | Dividend | K | T | | | | | |
| 76. STARKE CNTY IN BLDG CORP 3.00 DUE 080123/22 | B | Interest | L | T | | | | | |
| 77. TERRE HAUTE IN REDEV DIST 2.25 DUE 080121/20 | B | Interest | K | T | | | | | |
| 78. 3M CO | A | Dividend | K | T | | | | | |
| 79. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 80. VANGUARD DEV MKT INDEX-ADM | B | Dividend | L | T | Buy | 04/25/19 | L | | |
| 81. VANGUARD FINANCIAL ETF | A | Dividend | K | T | | | | | |
| 82. VANGUARD INDUSTRIALS ETF | A | Dividend | J | T | Buy | 04/25/19 | J | | |
| 83. VANGUARD TELECOMM SERVICES ETF | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 84. VANGUARD MID CAP INDEX - ADM | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 85. VANGUARD REIT ETF | A | Dividend | J | T | Buy | 04/25/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. VANGUARD SM CAP INDX-ADM | A | Dividend | L | T | | | | | |
| 87. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 88. WABTEC CORP | | None | | | Sold (part) | 03/13/19 | J | A | |
| 89. | | | | | Sold | 04/25/19 | J | A | |
| 90. WARSAW IN SEWAGE WLS REV 2.00 DUE 070120 | A | Interest | L | T | | | | | |
| 91. LINDE PLC | A | Dividend | J | T | | | | | |
| 92. MEDTRONIC PLC | A | Dividend | K | T | | | | | |
| 93. TRUST #2 (1830) | | None | | | | | | | |
| 94. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 95. ABBVIE INC | A | Dividend | J | T | | | | | |
| 96. ALBERTVILLE AL BRD OF EDU 2.25 DUE 020124/22 | B | Interest | K | T | | | | | |
| 97. APPLE INC | A | Dividend | L | T | Sold (part) | 04/29/19 | J | C | |
| 98. AT&T CORP NEW | A | Dividend | J | T | | | | | |
| 99. BLOOMFIELD CHARTER TWP 2.125 DUE 040122 | A | Interest | K | T | | | | | |
| 100. BP P.L.C. | A | Dividend | J | T | | | | | |
| 101. BRISTOL-MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 102. CMS ENERGY CORP | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  CHEVRON CORP | A | Dividend | J | T | | | | | |
| 104.  COMCAST CORP | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 105.  DANAHER CORP | A | Dividend | K | T | | | | | |
| 106.  DUKE ENERGY | A | Dividend | J | T | | | | | |
| 107.  E JACKSON MI CMNTY SCH 2.375 DUE 050122 | B | Interest | L | T | | | | | |
| 108.  ECOLAB INC | A | Dividend | K | T | | | | | |
| 109.  FIRST FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 110.  FIRST FINANCIAL DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 111.  GENERAL DYNAMICS CORP | A | Dividend | K | T | | | | | |
| 112.  GENERAL MILLS INC | A | Dividend | J | T | | | | | |
| 113.  GIBRALTAR SCHOOL DISTRT MI 2.0 DUE 050122 | A | Interest | K | T | | | | | |
| 114.  GOLDMAN SACHS SM CAP INSIGHTS INST FUND | B | Dividend | K | T | | | | | |
| 115.  GREENCASTLE IN SCH BLDG CORP 2.25 DUE 071521/20 | A | Interest | K | T | | | | | |
| 116.  GREENE CNTY IN REDEV AUTH 2.00 DUE 020122 | B | Interest | L | T | | | | | |
| 117.  HAMILTON CNTY IN REDEV AUTH 3.55 DUE 080121/21 | B | Interest | L | T | | | | | |
| 118.  HANCOCK CNTY KY SCH DIST FIN 2.00 DUE 100123 | A | Interest | K | T | | | | | |
| 119.  HANOVER MULTI-SCH BUILD 2.5 DUE 071523/23 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  INTEL CORP | A | Dividend | K | T | | | | | |
| 121.  JANUS HNDRSN GLOBAL REIT | B | Dividend | K | T | | | | | |
| 122.  JEFFERSONVILLE IN REDEV CMM<br>2.375 DUE 071522/21 | A | Interest | K | T | | | | | |
| 123.  JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 124.  LOWES COMPANIES INC | A | Dividend | K | T | | | | | |
| 125.  MARATHON PETROLEUM | A | Dividend | J | T | | | | | |
| 126.  METLIFE INC | A | Dividend | K | T | | | | | |
| 127.  MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 128.  NIKE INC CL B | A | Dividend | K | T | Sold<br>(part) | 04/29/19 | K | E | |
| 129.  INVESTCO OPPENHEIMER SR<br>FLOATING RATE FUND | B | Dividend | L | T | | | | | |
| 130.  PEPSICO INC | A | Dividend | J | T | | | | | |
| 131.  PFIZER INC | A | Dividend | J | T | | | | | |
| 132.  PIKE CNTY KY SCH DIST FIN 2.00 DUE<br>100123 | A | Interest | K | T | | | | | |
| 133.  PIONEER SCH BLDG CORP 2.25 DUE<br>071524 | B | Interest | L | T | | | | | |
| 134.  PLAINFIELD IN REDEV AUTH 3.00 DUE<br>080126/23 | A | Interest | K | T | | | | | |
| 135.  PROCTOR & GAMBLE CO | A | Dividend | K | T | | | | | |
| 136.  SAINT JOHN IN SEWAGE WKS REV<br>1.90 DUE 010120 | A | Interest | J | T | Redeemed<br>(part) | 01/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ST UNIV OF IOWA REVENUE 2.00 DUE 070121 | A | Interest | K | T | | | | | |
| 138. STUCKER FORK IN CON DIST WT 1.75 DUE 010120 | A | Interest | K | T | | | | | |
| 139. TEVA PHARM IND | | None | | | Sold | 04/25/19 | J | A | |
| 140. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 141. VANGUARD SMALL CAP VALUE INDEX-ADM | B | Dividend | L | T | | | | | |
| 142. VANGUARD DEV MKT INDEX - ADM | C | Dividend | M | T | | | | | |
| 143. VANGUARD EM MKT STK INDEX - INST | B | Dividend | L | T | Sold (part) | 04/25/19 | J | B | |
| 144. | | | | | Sold (part) | 04/25/19 | K | A | |
| 145. VANGUARD FINANCIAL ETF | A | Dividend | K | T | Buy (add'l) | 04/25/19 | K | | |
| 146. VANGUARD HEALTH CARE ETF | A | Dividend | J | T | Buy | 04/25/19 | J | | |
| 147. VANGUARD TELECOMM SERVICES ETF | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 148. VANGUARD MID CAP | C | Dividend | M | T | | | | | |
| 149. VANGUARD REIT ETF | A | Dividend | J | T | | | | | |
| 150. ZIONSVILLE CMTY SCHS BLDG 4.00 DUE 011020 | A | Interest | K | T | | | | | |
| 151. FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 152. FIRST FINANCIAL CORP. TERRE HAUTE, IN | A | Dividend | J | T | | | | | |
| 153. USAA FEDERAL SAVINGS BANK | B | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  USAA CORNERSTONE STRATEGY MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 155.  USAA WORLD GROWTH MUTUAL FUND | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 4/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Harry C. Dees, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544